# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:13−cv−01336−SDM−TBM

| | |
|---|---|
| AS PTO, LLC et al v. JBI, Inc. | Date Filed: 05/20/2013 |
| Assigned to: Judge Steven D. Merryday | Date Terminated: 11/13/2013 |
| Referred to: Magistrate Judge Thomas B. McCoun III | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 190 Contract: Other |
| Case in other court:  6th Judicial Circuit, Pinellas County − 4/11/13, 13−3971−CI | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity−Contract Dispute | |

**Plaintiff**

**AS PTO, LLC**  
*a Florida Limited Liability Company*

represented by **James Marshall Fry**  
Suite 228  
905 E MLK Dr  
Tarpon Springs, FL 34689  
727/939−0003  
Fax: 727/939−0251  
Email: jmfryatty@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plastic 2 Oil of Clearwater 1, LLC**  
*a Delaware Limited Liability Company*  
*authorized to do business in the State of Florida*

represented by **James Marshall Fry**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ES Resources, LLC**  
*a Florida Limited Liability Company*

represented by **James Marshall Fry**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JBI, Inc.**  
*a Nevada Corporation doing business in the State of Florida*

represented by **Amanda Arnold Sansone**  
Carlton Fields Jorden Burt, PA  
Suite 1000  
4221 W Boy Scout Blvd  
Tampa, FL 33607−5780  
813/229−4251  
Fax: 813/229−4133  
Email: asansone@cfjblaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gregory M. Cesarano**
Carlton Fields Jorden Burt, PA
Suite 4200
100 SE 2nd St
Miami, FL 33131−9101
305/530−0050
Fax: 305−530−0055
Email: gcesarano@cfjblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**

**James R. Case**                                         represented by **James R. Case**
Law Office of James Case
205 Palm Island NW
Clearwater Beach, FL 33767
727/443−6513
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2013 | Ï 1 | NOTICE OF REMOVAL from 6th Judicial Circuit, Pinellas County, case number 13−3971−CI filed in State Court on 4/11/13. Filing fee $400, receipt number TPA−17509 filed by JBI, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(EJC) (Entered: 05/21/2013) |
| 05/20/2013 | Ï 2 | COMPLAINT against JBI, Inc. with Jury Demand filed by AS PTO, LLC, Plastic 2 Oil of Clearwater 1, LLC, ES Resources, LLC. (Attachments: # 1 Exhibit 1)(EJC) (Entered: 05/21/2013) |
| 05/23/2013 | Ï 3 | Unopposed MOTION for Extension of Time to File Answer re 2 Complaint by JBI, Inc.. (Sansone, Amanda) (Entered: 05/23/2013) |
| 05/24/2013 | Ï 4 | ENDORSED ORDER granting 3 the defendant's unopposed motion for an extension through June 18, 2013, of the time within which to respond to the complaint. Signed by Judge Steven D. Merryday on 5/24/2013. (Entered: 05/24/2013) |
| 06/04/2013 | Ï 5 | NOTICE of designation under Local Rule 3.05 − Track 2 (TKD) (Entered: 06/04/2013) |
| 06/18/2013 | Ï 6 | MOTION to Dismiss Claims in Counts II and III of Plaintiffs' Complaint by JBI, Inc.. (Sansone, Amanda) (Entered: 06/18/2013) |
| 07/02/2013 | Ï 7 | MEMORANDUM in opposition re 6 Motion to dismiss *of Defendant* filed by AS PTO, LLC, ES Resources, LLC, Plastic 2 Oil of Clearwater 1, LLC. (Fry, James) (Entered: 07/02/2013) |
| 07/31/2013 | Ï 8 | CASE MANAGEMENT REPORT. (Sansone, Amanda) (Entered: 07/31/2013) |
| 08/01/2013 | Ï 9 | NOTICE of mediation conference/hearing to be held on 10/29/2013 9:30 a.m. before James R. Case. (Fry, James) (Entered: 08/01/2013) |
| 08/12/2013 | Ï 10 | CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial Conference set for 8/14/2014 at 10:30 AM in Tampa Courtroom 12 B before Magistrate Judge Thomas B. McCoun III, Bench Trial set for the September, 2014, trial term in Tampa Courtroom 15 A before Judge Steven D. Merryday. Signed by Judge Steven D. Merryday on 8/12/2013. (TKD) (TKD). (Entered: |

| | | |
|---|---|---|
| | | 08/12/2013) |
| 11/04/2013 | Ï 11 | MEDIATION report. Hearing held on 10/29/2013. Hearing outcome: Impasse. (SRC) (Entered: 11/04/2013) |
| 11/12/2013 | Ï 12 | ORDER granting 6 ––motion to transfer; this action is TRANSFERRED to the United States District Court for the District of Massachusetts; directing the Clerk to CLOSE the file. Signed by Judge Steven D. Merryday on 11/12/2013. (BK) (Entered: 11/12/2013) |
| 11/13/2013 | Ï 13 | TRANSFER to the District of Massachusettes. Case Closed. (EJC) (Entered: 11/13/2013) |