UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AS PTO, LLC, PLASTIC 2 OIL OF CLEARWATER 1, LLC and ES RESOURCES, LLC,<br>　　　　　　Plaintiffs<br><br>　v.<br><br>JBI, INC.,<br>　　　　　　Defendant. | CIVIL ACTION NO.: 1:14-cv-10209-WGY |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to the above matter hereby stipulate that all claims asserted in this action shall be voluntarily dismissed forthwith without prejudice and without an award of costs to any party. All parties shall bear their own costs and attorneys' fees.

Dated: June 12, 2014

| Plaintiffs,<br><br>AS PTO, LLC, PLASTIC 2 OIL OF CLEARWATER 1, LLC and ES RESOURCES, LLC<br>By their attorneys,<br><br><br>*/s/ Holly M. Polglase*_____<br>Holly M. Polglase, BBO #553271<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin Street, Seventh Floor<br>Boston, MA 02110<br>Tel: (617) 241-3101<br>Email: hpolglase@hermesnetburn.com | Defendant,<br><br>JBI, INC.<br>By its attorneys,<br><br><br><br>*/s/ Brian D. Lipkin*_____<br>Brian D. Lipkin, BBO # 673850<br>Rose, Chinitz & Rose<br>One Beacon Street, 23rd Floor<br>Boston, MA 02108<br>Tel: (617) 536-0040<br>Email: bdl@rose-law.net |

## **CERTIFICATE OF SERVICE**

  Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first class mail to those indicated as non-registered participants, if any, on June 12, 2014.

            */s/ Holly M. Polglase*

            Holly M. Polglase (BBO #553271)